UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| TERESA L. PATTERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:13-cv-72 |
| v. | ) |
| | ) Collier/Carter |
| COMMISSIONER OF SOCIAL SECURITY | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT ORDER

On January 17, 2014, United States Magistrate Judge William B. Mitchell Carter filed a report and recommendation ("R&R") in this case, pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b) (Court File No. 16). Neither party has objected to the R&R within the given fourteen days.

After reviewing the record, the Court agrees with the R&R. The Court hereby **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations.

Accordingly, the Court **ORDERS**:

(1) Defendant's motion for summary judgment is **DENIED** (Court File No. 10);

(2) Plaintiff's motion for judgment on the pleadings is **GRANTED IN PART** (Court File No. 8); and

(3) The Commissioner's decision denying benefits to Plaintiff is **REVERSED** and **REMANDED** pursuant to Sentence Four of 42 U.S.C. § 405(g) for action consistent with the R&R.

**SO ORDERED.**

**ENTER:**

      /s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ Debra C. Poplin
  CLERK OF COURT