UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| TERESA L. PATTERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:13-cv-72 |
| v. ) | |
| ) | Collier/Carter |
| COMMISSIONER OF SOCIAL SECURITY ) | |
| ) | |
| Defendant. ) | |

### **O R D E R**

Before the Court is Plaintiff Teresa Patterson's ("Plaintiff") motion for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (Court File No. 18), to which the Social Security Commissioner ("Defendant") responded (Court File No. 22). On June 3, 2014, United States Magistrate Judge William B. Mitchell Carter filed a report and recommendation ("R&R") in this case, pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b) (Court File No. 24). Defendant responded to the R&R, suggesting that it should be modified. Judge Carter then filed a modified R&R (Court File No. 26), in which he recommended Plaintiff's motion for attorney's fees be granted in part and Plaintiff be awarded $5,931.56 in attorney's fees plus $350.00 in filing fees for a total of $6,281.56. Neither party has objected to the modified R&R within the given 14 days.

After reviewing the record, this Court agrees with, and hereby **ACCEPTS** and **ADOPTS**, the R&R (Court File No. 26). Accordingly, the Court **GRANTS IN PART** Plaintiff's motion for attorney's fees (Court File No. 18) and **AWARDS** Plaintiff $5,931.56 in attorney's fees plus $350.00 in filing fees for a total award of $6,281.56.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER
UNITED STATES DISTRICT JUDGE**